RUTH DE SANTES, Respondent, *v.* MURAL TRANSPORTATION CORPORATION, SOL KELLERMAN and BROOKLYN AND QUEENS TRANSIT CORPORATION, Appellants, Impleaded with Another.

Submitted September 30, 1940; decided October 8, 1940.

*Gustave Schwartz* for motion.

*William C. Chanler*, Corporation Counsel (*Edward J. McGratty, Jr.*, of counsel), opposed.

Motion denied. (*Markiewicz* v. *Thompson*, 246 N. Y. 235.) (See 284 N. Y. 577.)